**No. P68/182.**—Torch Manufacturing Co., Inc. *v.* United States, protests 65/12922, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein said batteries were held to be separately dutiable, and that no separate value for each of said items had been returned by the appraiser, the protests were dismissed and the matter remanded to a single judge to determine the separate value of the flashlights and batteries in the manner provided by law (28 U.S.C. § 2636(d).)

**No. P68/183.**—Amerex Trading Corp. *v.* United States, protest 66/79747 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of nylon tights or leotards similar in all material respects to those the subject of *Children's Hose, Inc.* v. *United States* (55 Cust. Ct. 6, C.D. 2547), the claim of the plaintiff was sustained.

**No. P68/184.**—S. Hiller & Co. et al. *v.* United States, protests 64/12056, etc. (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of battery-operated horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082) and that the items of merchandise marked "C" covered by the foregoing protests consist of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claims of the plaintiffs were sustained.